No. 85–960.   COLSON v. MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–974.   HESS v. TREECE.   Sup. Ct. Ark.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–961.   HOLDING v. SOVRAN BANK ET AL.   Sup. Ct. Va. Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 85–1020.   GELLERT v. EASTERN AIR LINES, INC.   Sup. Ct. Fla.   Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 85–1098.   VEVODA ET AL. v. MILK DRIVERS & DAIRY EMPLOYEES UNION, TEAMSTERS LOCAL 302.   C. A. 9th Cir.   Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted.   Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 85–1173.   SPANG & CO. v. GRECCO.   C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 85–5928.   LEON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.